```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 1:12-CR-00098 AWI-DLB
                                 )
12                   Plaintiff,  )  STIPULATION AND ORDER
                                 )  FOR CONTINUANCE OF STATUS
13  v.                           )  CONFERENCE
                                 )
14  CARLOS VASQUEZ-HERNANDEZ,    )
                                 )
15                   Defendant.  )
                                 )
16  _____ )
```

17      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19 Attorney and Marc Days, attorney for Carlos Vasquez-Hernandez, that

20 the status conference set for May 14, 2012 at 1:00 pm be continued to

21 May 29, 2012 at 1:00 pm.  The undersigned Assistant U.S. Attorney has

22 a family crisis for which she needs to travel out of state and will

23 not be available on May 14, 2012.  The parties further request the

24 Court to enter an Order finding that the "ends of justice" served by

25 a continuance outweigh the interest of the public and the defendant

26 in a speedy trial, and that the delay occasioned by such continuance

27 is excluded from the Act's time limits pursuant to 18 U.S.C. §

28 3161(h)(7)(A).

1

Dated: May 3, 2012                     Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                  By   /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: May 3, 2012                     /s/ Marc Days
                                       MARC DAYS
                                       Attorney for Carlos Vasquez-
                                       Hernandez


For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, May 29, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **May 10, 2012**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE